UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS R. DANIEL, II, | )<br>) CASE NO. C14-0439-JCC |
| Plaintiff, | )<br>) |
| v. | ) REPORT AND RECOMMENDATION |
| U.S. GOVERNMENT, | )<br>) |
| Defendant. | )<br>) |

Plaintiff filed a request to proceed *in forma pauperis* (IFP) in this case. (Dkt. 1.) On his application, plaintiff indicates he receives $875 monthly, and pays $300 monthly to his family to live with them. He lists no other expenses.

IFP is typically reserved for indigent parties whose expenses exceed their income. In plaintiff's case, his monthly income exceeds his expenses by $575, he lives with his family, he has no dependents, and he lists no other monthly expenses. For these reasons, plaintiff does not qualify for leave to proceed IFP.

The Court recommends plaintiff's IFP application be denied, and he be allowed to proceed with this case only if he pays the filing fee in full within thirty days of entry of the order

REPORT AND RECOMMENDATION
PAGE -1

01 adopting this Report and Recommendation. The Court further recommends this case be

02 dismissed without prejudice if plaintiff does not pay the full filing fee within the thirty day

03 deadline.

04       DATED this <u>2nd</u> day of April, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2