THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THOMAS RAYMOND DANIEL II, | CASE NO. C14-0439-JCC |
| Plaintiff, | ORDER |
| v. | |
| U.S. GOVERNMENT, | |
| Defendant. | |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED based on financial ineligibility. Plaintiff is DIRECTED to pay the full filing fee of $400 within **thirty (30) days** of the date of the signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

1     DATED this 28th day of April 2014.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2